**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DARRYL LAMAR DAGEN, | ) | Bankruptcy Case No. 05-19733 EEB |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**ORDER ON MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***
(REQUEST TO WAIVE FEES)

This matter comes before the Court on a Motion filed by the Debtor, requesting that the Court waive the required filing fee associated with the Notice of Appeal. A request to waive fees is known as a request to proceed *"in forma pauperis." In forma pauperis* motions can only be granted by a "court of the United States...." 28 U.S.C. § 1915. That term is defined by 28 U.S.C. § 451 to mean a court "the judges of which are entitled to hold office during good behavior." Bankruptcy judges are appointed for a fixed term and, thus, do not qualify to grant the relief sought. *In re Courtesy Inns, Ltd., Inc.,* 40 F.3d 1084, 1086 (10th Cir. 1994). Accordingly, it is

ORDERED that if the Debtor chooses to continue to pursue the request to proceed *in forma pauperis,* the Debtor must file the Motion with the United States District Court for the District of Colorado. This Court will take no further action on this request. If the Debtor does not obtain a timely Order from the district court, the Notice of Appeal may be dismissed for failure to pay the required filing fee.

DATED this 4th day of April, 2006.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge