IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-504-AP**

IN RE:

**DARRYL LAMAR DAGEN,**

    Debtor.

**DARRYL LAMAR DAGEN**,

    Plaintiff/Appellant,

v.

**MASAKO KURANGANO-DAGEN,**

    Defendant/Appellee.

## ORDER

Kane, J.

The court notes that Appellant's opening brief is incomplete. Appellant has until **September 15, 2006** to cure this deficiency or the brief will be stricken.

Dated this 8th day of September, 2006.

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court