IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-504-AP**

IN RE:

**DARRYL LAMAR DAGEN,**

    Debtor.

**DARRYL LAMAR DAGEN**,

    Plaintiff/Appellant,

v.

**MASAKO KURANGANO-DAGEN,**

    Defendant/Appellee.

**ORDER**

Kane, J.

This matter is before the court on Appellant's Motion for Exempt Status on All Pacer User Fees and Leave to Amend Opening Brief (doc. #30), filed September 26, 2006. Appellant's application for Exempt Status on Pacer User Fees, is denied, with leave to re-file as a stand-alone application, if, after conferring with this court's technical staff, it is still necessary. Appellant is directed to contact CM/ECF Project Manager, Chris Vagner at 303-335-2009, to confer regarding his Pacer access requirements. Appellant's request for an additional 45 day to amend his opening brief is excessive. Appellant shall have until October 19, 2006 to amend his opening brief.

Dated this 29th day of September, 2006.

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court