IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-504-AP**

IN RE:

**DARRYL LAMAR DAGEN,**

      Debtor.

**DARRYL LAMAR DAGEN**,

      Plaintiff/Appellant,

v.

**MASAKO KURANGANO-DAGEN,**

      Defendant/Appellee.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Appellee's Motion to Strike Appellant's Untimely Opening Briefs and Dismiss the Appeal (doc. #41), filed October 25, 2006, while compelling, is, nonetheless, denied. Appellee's response brief shall address Appellant's Amended Opening Brief on Appeal (doc. #40) and is due on or before November 10, 2006.  Appellant's reply is due on or before November 20, 2006.  As requested by Appellee's, no further requests by appellant for additional time for any reason will be considered.

Dated:  November 1, 2006