IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00504-WYD

DARRYL LAMAR DAGEN,

      Appellant,

v.

MASAKO KURAGANO-DAGEN,

      Appellee.

---

## ORDER TO CURE DEFICIENCY

---

Daniel,  Judge

Appellant submitted a Notice of Appeal on April 3, 2007 .  The court has determined

that the document is deficient as described in this order.  Appellant will be directed to cure

the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
     X    is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X    is not submitted
     ___    is not on proper form (must use the court's current form)
     ___    is missing original signature by plaintiff/petitioner on motion
     ___    is missing affidavit
     ___    affidavit is incomplete
     ___    is missing original signature by plaintiff/petitioner on affidavit
     ___    affidavit is not notarized or is not properly notarized
     ___    other_____

Accordingly, it is

ORDERED that Appellant cure the deficiencies designated above within 30 days

1

from the date of this order.  Any papers that Appellant filed in response to this order

must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Appellant, together with

a copy of this order, an original and one copy of the following forms:  Motion and

Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R.

App. P. 24.  It is

FURTHER ORDERED that, if Appellant fails to cure the designated deficiencies

within thirty (30) days from the date of this order, the court of appeals will be so

notified.

Dated:  April 5, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge